**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MELVIN JAMES THOMAS, | NO. CV 16-2093-BRO(E) |
| Petitioner, | |
| v. | JUDGMENT |
| J. GASTELO, | |
| Respondent. | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: March 31, 2016.

_____
BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE